IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT JOHNSON,**
D.O.C. #L10847,

    *Plaintiff*,

v.                                        Case No.: 4:20cv410-MW/MAF

**CAPTAIN A. MASSEY,**
et al.,

    *Defendants*.

_____/

**ORDER REJECTING REPORT AND RECOMMENDATION AND
REMANDING CASE TO MAGISTRATE JUDGE**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 48, and has also reviewed *de novo* Plaintiff's objections, ECF No. 49. In his objections, Plaintiff points to his sworn response to Defendant's motion for summary judgment, which provided that the chemical agent caused him to inhale carbon monoxide, to feel a burning sensation in his eyes and on his skin, and to experience loss of sight, nasal discharge, and skin irritation for weeks. *See* ECF No. 49 at 2; ECF No. 47 at 28.[1] Accordingly, this evidence creates a question of material fact with respect to Plaintiff's Eighth Amendment claim. However, there

---

[1] Defendant certified that his response to the motion for summary judgment was true and correct, ECF No. 47 at 42, and this Court errs on the side of caution in construing his response as a sworn response.

may be issues as to Plaintiff's damages with respect to this claim, which the Magistrate Judge will address on remand. Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 48, is **rejected** and this case is **REMANDED** to the Magistrate Judge for further review consistent with this Order.

**SO ORDERED on March 7, 2022.**

s/Mark E. Walker<br>
**Chief United States District Judge**