## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ROBERT JOHNSON,**
**D.O.C. #L10847,**

  *Plaintiff*,

v.                                              **Case No.: 4:20cv410-MW/MAF**

**CAPTAIN A. MASSEY,**
**et al.,**

  *Defendants*.

_____/

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

By prior order, this Court rejected the report and recommendation regarding Defendants' motion for summary judgment concluding there are genuine issues of material fact in dispute and remanded this case to the Magistrate Judge. ECF No. 51. Accordingly, the motion for summary judgment, ECF No. 45, is **DENIED** and the Clerk is directed to terminate the motion.

  **SO ORDERED on March 8, 2022.**

                              **s/Mark E. Walker**
                              **Chief United States District Judge**