UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ROBERT JOHNSON, Plaintiff

    VS

              CASE NO.: 4:20 CV 410 - MW - MAF


CAPTAIN A. MASSEY, et al., Defendants


PLAINTIFF'S RESPONSE TO THE
DEFENDANTS' SECOND SUPPLEMENTAL
MOTION FOR SUMMARY JUDGMENT


        COMES NOW, Plaintiff, Robert Johnson, pro se in the above-styled cause, & pursuant to Federal Rules of Civil Procedure 56, file this Response to the Defendants' Second Supplemental Motion for Summary Judgment.

PROVIDED TO CHARLOTTE
CORRECTIONAL INSTITUTION
ON 6-12-22 FOR MAILING
BY [signature]

1

## BACKGROUND

Plaintiff adopt & incorporate by reference herein the Background contained in his initial Response to the Defendants' Motion For Summary Judgment. See ECF No. 47 pgs. 2-4

## STATEMENT OF DISPUTED MATERIAL FACTS

Plaintiff adopt & incorporate by reference herein the Statement of Disputed Material Facts contained in his initial Response to the Defendants' Motion For Summary Judgment. See ECF No. 47 pgs. 5-10

# MEMORANDUM OF LAW

## I. SUMMARY JUDGMENT STANDARD

Plaintiff adopt & incorporate by reference herein the arguments, authorities & citations contained in his initial Response to the Defendants' Motion For Summary Judgment. See ECF No. 47 pgs. 11-13

## II. ALL DEFENDANTS ARE LIABLE FOR PLAINTIFF'S FIRST AMENDMENT RETALIATION CLAIM

Plaintiff adopt & incorporate by reference herein the arguments, authorities & citations contained in Section II of his initial Response to the Defendants' Motion For Summary Judgment. See ECF No. 47 pgs. 14 - 21.

However, in response to the argument made by the Defendants in their Second Supplemental Motion For Summary that Plaintiff's claim of retaliation is unsubstantiated, Plaintiff avers as follows:

Plaintiff substantiated his allegations by presenting specific video evidence showing the Defendants removing him from his assigned cell & escorting & confining him in A

Case 4:20-cv-00410-MW-MAF   Document 69   Filed 06/16/22   Page 4 of 10


holding cell where there was no audio recording device to record their threats & acknowledgment of his grievances & lawsuit.

Plaintiff also presented a copy of the lawsuit that he had pending at the time of the Defendants' retaliatory actions occurred (See EXHIBIT 3 of Plaintiff's initial Response to the Defendants' Motion For Summary Judgment); therefore, the Defendants' argument is without merit & unwarrants the granting of summary judgment.

III. ALL DEFENDANTS ARE LIABLE FOR PLAINTIFF'S EIGHTH AMENDMENT FAILURE TO PROTECT CLAIM

Plaintiff adopt & incorporate by reference herein the arguments, authorities & citations contained in Section III of his Response to the Defendants' Motion For Summary Judgment. See ECF No. 47 pgs. 21-25

However, in response to the argument made by the Defendants in their Second Supplemental Motion For Summary Judgment that the Defendants were not deliberately indifferent to Plaintiff's need for protection, Plaintiff avers as follows:

In Plaintiff's Sworn Declaration (See EXHIBIT 1 of his initial Response to the Defendants' Motion For Summary Judgment - ECF No. 47 pgs. 4-5), he expressed that the Defendants removed him from his assigned cell,

confined him in a holding cell & began threatening him, advising him that they had paid the designated cellmate to harm him & that he was going in the cell with the designated cellmate one way or another.

This evidence is sufficient to prove the Defendants acted with deliberate indifference to his need for protection; therefore, the Defendants' argument is without merit & unwarrants the granting of summary judgment.

IV. ALL DEFENDANTS ARE LIABLE FOR PLAINTIFF'S EIGHTH AMENDMENT EXCESSIVE USE OF FORCE CLAIM

Plaintiff adopt & incorporate by reference herein the arguments, authorities & citations contained in Section IV of his initial Response to the Defendants' Motion For Summary Judgment. See ECF No. 47 pgs. 25-32

However, in response to the argument made by the Defendants in their Second Supplemental Motion For Summary Judgment that Defendant Massey is not liable for excessive use of force during the subject incident, as the force used was reasonable & necessary under the circumstances, Plaintiff avers as follows:

In a Report & Recommendation issued by this Court on February 7, 2022 (ECF No. 48), this Court noted that the Defendants' use of chemical agents on Plaintiff was to facilitate a purpose to harm him which violates his Eighth Amendment rights,

but that he did not demonstrate an injury.

Contrarily, in an order issued by this Court on March 7, 2022 (See ECF No. 51), Chief United States District Judge Mark E. Walker remanded this case noting that Plaintiff had raised a genuine dispute of fact concerning his injuries. Therefore, the Defendants' argument that Defendant Massey is not liable & this case should be dismissed is without merit & unwarrants the granting of summary judgment.

## V. ALL DEFENDANTS ARE LIABLE FOR PLAINTIFF'S STATE LAW ASSAULT AND BATTERY CLAIM

Plaintiff adopt & incorporate by reference herein the arguments, authorities & citations contained in Section IV of his initial Response to the Defendants' Motion For Summary Judgment. See ECF No. 47 pgs. 33-35

However, in response to the argument made by the Defendants in their Second Supplemental Motion For Summary Judgment that Plaintiff's assault & battery claim should be dismissed for the same reasons stated as to his Section 1983 excessive force claim, Plaintiff avers as follows:

If the elements of a Florida state law claim for assault & battery are virtually identical to those required in a federal claim under 42 U.S.C.S. 1983

for excessive use of force, then the conclusions reached by this Court in its March 7, 2022 Order which denied the Defendants' summary judgment on Plaintiff's excessive use of force claim should be upheld.

VI. <u>ALL DEFENDANTS ARE LIABLE FOR PLAINTIFF'S STATE LAW INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM</u>

Plaintiff adopt & incorporate by reference herein the arguments, authorities & citations contained in Section V of his Response to the Defendants' Motion For Summary Judgment. See ECF No. 47 pgs. 35-40

However, in response to the Argument made by the Defendants in their Second Supplemental Motion For Summary Judgment that Plaintiff failed to adequately plead or present sufficient evidence to support his claim, Plaintiff Avers as follows:

Plaintiff adequately satisfied the four (4) elements of an intentional infliction of emotional distress claim & attached medical record exhibits as evidence. Therefore, the Defendants' argument is without merit & unwarrants the granting of summary judgment.

## RELIEF SOUGHT

WHEREFORE, based on the foregoing facts &
Authorities cited herein, Plaintiff respectfully requests
that this Honorable Court deny the Defendants
summary judgment on all claims, hold them liable
for all claims, schedule a trial date since there is
a genuine dispute about the facts, &/or any other
relief this Court deems necessary & just.


NAME: Robert Johnson, pro se

FDOC NO.: L-10847

8

<u>CERTIFICATE   OF   SERVICE</u>

       I   HEREBY   CERTIFY   that   the   foregoing   is   true
& correct & that   a   copy   of   this   motion   has   been
placed   in   the   hands   of   prison   officials   at   Charlotte   C.I.
for   purposes   of   mailing   to: ① United   States   Magistrate   Judge
Martin   A.   Fitzpatrick,   United   States   District   Court,   Northern
District   of   Florida,   111   North   Adams   Street,   Tallahassee, FL
32301-7717; & ② Senior   Assistant   Attorney   General   Joe
Belitzky,   Office   of   the   Attorney   General,   PL-01   The   Capitol,
Tallahassee, FL   32399-1050;   on   this   12ᵗʰ day   of
June   , 2022.

                                  /s/: Rob't
NAME: Robert   Johnson / pro   se
        FDOC No.:  L10847
ADDRESS: Charlotte   Corr.   Inst.
            33123   Oil   Well   Road
         Punta   Gorda, FL   33955

9

Robert Johnson   Doc No. L108247
Charlotte Corr. Inst.
33123 Oil Well Road
Punta Gorda, FL 2022 33955

LEGAL MAIL

FT MYERS FL 339
13 JUN 2022 PM 1

Martin A. Fitzpatrick,
United States Magistrate Judge
United States District Judge
Northern District of Florida
111 North Adams Street
Tallahassee, FL 32301 - 7717

32301-73004