## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ROBERT JOHNSON,**

       *Plaintiff,*

v.                          **Case No.: 4:20cv410-MW/MAF**

**A. MASSEY, et al.,**

       *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 73, and has also reviewed *de novo* Plaintiff's objections, ECF No. 75. Plaintiff asserts the Magistrate Judge erred in recommending that this Court grant summary judgment as to Defendants Dowden and Brown, arguing that these Defendants acted in concert with Defendant Massey to maliciously and sadistically apply chemical agents to cause him harm. In so doing, Plaintiff has transformed his claims of excessive force against Dowden and Brown, based on forcefully shoving him into a cell with an inmate who he feared, to an alleged conspiracy with Defendant Massey to administer chemical agents to him. But upon review of the record, this Court agrees with the Magistrate Judge's description of Plaintiff's claims and his recommendation with respect to these Defendants' motion

for summary judgment. That is, Plaintiff's excessive-force claims against Defendants Dowden and Brown were limited to the force used to place him in a cell with another inmate— "grabb[ing]Mr. Johnson's arm and wrists and . . . bending his arms and wrists upwards – applying pressure to his arms and wrists and forcing him to bend forward – while Officer Brown tightly gripped his left arm and together, they forcefully shoved Mr. Johnson inside the cell with the unknown white inmate and instantly slammed the cell door." ECF No. 61 at 13–14.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 73, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendants' motion for summary judgment, ECF No. 67, is **GRANTED in part** and **DENIED in part** as follows.

Summary judgment is granted in favor of Defendants Dowden and Brown on Plaintiff's § 1983 claim for the use of excessive force and the state-law assault and battery claim. Summary judgment is also granted in favor of all Defendants on the state-law claim for intentional infliction of emotional distress. Otherwise, summary judgment is denied as to all other claims—namely, Plaintiff's Eighth Amendment excessive force claim against Defendant Massey, Plaintiff's First Amendment retaliation claim against all Defendants, Plaintiff's failure to protect claim against all Defendants, and Plaintiff's state-law assault and battery claim against Defendant

Massey—as there are genuine disputes of material fact for each of these claims. This Court does *not* direct partial entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). The Clerk shall set this case for a telephonic status conference, at which time the parties should be prepared to discuss scheduling for a trial date.

**SO ORDERED on February 21, 2023.**

**s/Mark E. Walker** _____
**Chief United States District Judge**