IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT JOHNSON, Plaintiff

vs.

CASE NO.: 4:20 cv 410 MW - MAF

CAPTAIN A. MASSEY, et. al., Defendants

## NOTICE OF INQUIRY

COMES NOW, Robert Johnson, the Plaintiff, inquiring the actual date that this case is scheduled for trial. & A contact address for the attorney that this Honorable Court Appointed him.

H: _____

NAME: Robert Johnson
FDOC NO.: L10847
ADDRESS: Charlotte Corr. Inst.
33123 Oil Well Road
Punta Gorda, FL 33955

## CERTIFICATE   OF   SERVICE

I   HEREBY   CERTIFY   that   a   copy   of   this   notice   has   been   placed   in   the   hands   of   prison   officials   at   Charlotte   C.I.   for   purposes   of   mailing   to   Martin   A.   Fitzpatrick, United   States   Magistrate   Judge, United   States   District   Court, Northern   District   of   Florida, 111 N. Adams   St., Tallahassee, FL   32301-7717, on   this   16th   day   of   May, 2023.

/s/: _____

NAME: Robert   Johnson

FDOC No.: L46847

ADDRESS: Charlotte   Corr.   Inst.
33123   Oil   Well   Road
Punta   Gorda, FL   33955

Robert Johnson FDOC No.: L10847
Charlotte Corr. Inst.
33123 Oil Well Road
Punta Gorda, FL 33955

FT MYERS, FL 339
18 MAY 2023 PM 4 L

MAILED FROM
CHARLOTTE
CORRECTIONAL
INSTITUTION

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.60⁰
02 1P
0000930667        MAY 17 2023
MAILED FROM ZIP CODE 33955

Martin A. Fitzpatrick, U.S. Magistrate Judge
U.S. District Court
Northern District of Florida
111 N. Adams St.
Tallahassee, FL 32301-7717

32301-773699

LEGAL MAIL